IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AZANIAH BLANKUMSEE

05-19-1978                              *

#326-698... MCTC

18800 Roxbury Road

Hagerstown Md 21746         *
(Full name, date of birth, identification #, address of petitioner)
**Petitioner,**

v.                                                          Case No.: _____
                                                            *(Leave blank. To be filled in by Court.)*

DAVID R BLUMBERG           *

MARYLAND PAROLE
       COMMISSION
6776 Reisterstown Rd
       Suite 307

Baltimore Md 21215           *
*(Full name and address of respondent)*
**Respondent.**

FILED
LODGED ___ ENTERED
___ RECEIVED

APR 26 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## PETITION FOR WRIT OF HABEAS CORPUS

I.  Background

   A. Where are you detained?

      ☐ Federal Prison

      ☑ State Prison

      ☐ Local Jail or Detention Center

      ☐ Mental Health Facility

      ☐ Other, describe _____

   B. If you have been convicted and sentenced, provide the following information:

      1. Name and location of court which imposed sentence: WASHINGTON COUNTY CIRCUIT COURT, 24 SUMMIT AVENUE, Hagerstown Md, 21746

2. Your criminal case number(s): 21-K-04-34142

3. The date you were sentenced: 2-09-2007 (re-sentenced...
   2nd deg                                        1st & 2nd deg.

4. The charges on which you were convicted: Attempt murder, Assault, reckless endangerment, related gun offenses;

C. If you are awaiting trial on criminal charges, provide the following information:

   1. Name and location of court in which charges are pending: _____

   2. Your criminal case number(s):

   3. List any hearing or trial dates which have been scheduled: _____

   4. List the charges that are pending against you: _____

   5. Your attorney's name, address and telephone number: _____

D. If you are detained in a mental health facility, provide the following information:

   1. How were you committed?

      ☐ By a court for evaluation.

      ☐ By a court after being found not criminally responsible.

      ☐ Involuntary civil commitment.

      ☐ Other, explain, _____

   2. When were you committed? _____

II. Previous lawsuits

   A. Have you filed other cases or motions in state or federal court dealing with the same facts as in this case?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) or motion(s) in the spaces below.

      1. Type of case or motion: _____

         _____

      2. Parties to the other case(s):

         Petitioner: _____

         Respondent(s): _____

      3. Court (if a federal court name the district; if a state court name the city or county):

         _____

      4. Case No.: _____

      5. Date filed: _____

      6. Name of judge that handled the case: _____

      7. Disposition (won, dismissed, still pending, on appeal): _____

      8. Date of disposition: _____

III. Administrative proceedings

   A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

      YES ☑    NO ☐

      1. If you answered YES:

         a. What was the result? dismissed for procedural reasons

         b. Did you appeal to the Commissioner? _____

            YES ☐    NO ☑

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner.

   I did not believe I could

3. Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision?

   YES ☐   NO ☑

4. If you answered YES, explain what you filed and what was the result.

B. If you are in a Division of Correction facility or Patuxent Institution, did you file a complaint with the Inmate Grievance Office?

   YES ☐   NO ☑

1. If you answered YES:

   a. What was the result? _____

   b. Did you appeal to the Circuit Court?

      YES ☐   NO ☐

   c. What was the result? _____

   d. Did you file an application for leave to appeal to the Court of Special Appeals?

      YES ☑   NO ☐

   e. What was the result? ___Pending___

C.  If you are a state prisoner challenging a parole revocation decision, complete the following.

   1. Date of revocation decision: _____

   2. Did you appeal the revocation decision to the Circuit Court?

      YES ☐   NO ☐

   3. If you answered YES, what was the date of the Circuit Court's decision and what was the decision?

      _____
      _____

   4. Did you appeal the decision of the Circuit Court?

      YES ☐   NO ☐

   5. If you answered YES, what was the result and the date of the decision?

      _____
      _____

D.  If you are in a Federal facility, did you attempt to resolve your complaint informally?

   YES ☐   NO ☐

   1. If you answered YES:

      a. Did you file a formal complaint to the warden?

         YES ☐   NO ☐

      b. Did you appeal the warden's decision to the Regional Director?

         YES ☐   NO ☐

      c. Did you appeal the Regional Director's decision to the Office of General Counsel?

         YES ☐   NO ☐

      d. What was the result? _____
         _____

2.  If you answered NO to any of the questions above, explain why you did not file an administrative complaint or appeal. _____

    _____

    _____

E.  If you are a federal prisoner challenging a parole revocation decision, complete the following.

    1.  Date of revocation decision:

    2.  Did you appeal the revocation decision to the National Appeals Board?

        YES ☐      NO ☐

    3.  If you answered YES, what was the date of the National Appeals Board's decision and what was the decision. _____

        _____

F.  If you are <u>not</u> in a Division of Correction or Federal facility, is there a grievance procedure at your institution?

    YES ☐      NO ☐

    1.  If your answer is YES, did you file a grievance?

        YES ☐      NO ☐

    2.  If you filed a grievance what was the result? _____

        _____

    3.  If you did not file a grievance explain why not? _____

        _____

IV. Statement of origin
(Briefly state the facts of your case. Include dates, times, and places. Explain why you believe you are improperly detained. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

In April or May of 2021, Petitioner filed a request for Medical Parole, which was denied by the Maryland Parole Commission chairman David B Blumberg; Making petitioners Mental health conditions, normal, and thinking less than a Major life activity... against the Americans with Disability Act; Petitioner was and is, being improperly detained in the Maryland Division of Correction, and is being denied Medical parole, or hospitilization;

V. Relief

(Briefly state what you want the Court to do for you.) Order petitioner to be released on Medical parol, or hospitilization;

I declare under the penalties of perjury that the information above is true and correct.

SIGNED THIS 16th day of April, 2022

*Azaniah Blankumsee*
Signature of Petitioner

Azaniah Blankumsee
Printed Name

MCTC

18800 Roxbury Rd., Hag, MD 21746
Address

_____
Telephone Number

_____
Email Address